### 43152. HOPKINS v. THE STATE.

PER CURIAM. This appeal was docketed on September 1, 1967, and the enumeration of errors was filed on September 28, 1967. As the enumeration of errors was not filed within 10 days after the case was docketed, the appeal must be

*Dismissed. Bell, P. J., Pannell and Whitman, JJ., concur.*

SUBMITTED OCTOBER 4, 1967—DECIDED OCTOBER 25, 1967.

*Sullivan & Herndon, John J. Sullivan,* for appellant.